IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF MARYLAND

| | |
|---|---|
| LADASHIA DAUGHTRY ) ) ) Plaintiff ) ) vs. ) Case No. _____ ) RECEIVABLES OUTSOURCING, LLC ) ) ) Defendant ) ) | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(FEDERAL QUESTION)**

PLEASE TAKE NOTICE that Receivables Outsourcing, LLC ("Defendant") hereby removes to this Court the state court action described below.

1.  On May 16, 2016, the Plaintiff commenced an action in the Circuit Court for Prince George's County, Maryland, entitled *Ladashia Daughtry,* bearing Case Number CAL16-21977. A copy of the summons and complaint received by Defendant is attached and marked as Exhibit A in accordance with L.R. 103.5a.

2.  This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3.  Defendant was served with the state court action on June 9, 2016. This removal is timely pursuant to 28 U.S.C. § 1446(b).

4.   To the best of the undersigned's knowledge, no other pleadings or documents, other than the summons and complaint attached hereto, have been filed in this matter.

5.   As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Prince George's County, Maryland, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Circuit Court for Prince George's County, Maryland be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Receivables Outsourcing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 28th day of June, 2016 to:

> Aryen E. Stein, Esquire
> Meridian Law, LLC
> 600 Reisterstown Road, Suite 700
> Baltimore, Maryland 21208
> astein@meridianlawfirm.com
> *Attorney for Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorney for Receivables Outsourcing, LLC*