# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

LADASHIA DAUGHTY,

    Plaintiff,

v.

RECEIVABLES OUTSOURCING, LLC,

    Defendant.

Case No.: 8:16-CV-02403 (PWG)

## FIRST AMENDED COMPLAINT

Plaintiff Ladashia Daughty ("Plaintiff") by and through her attorneys, as and for her First Amended Complaint against Defendant Receivables Outsourcing, LLC ("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the following:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 *et seq*. and 28 U.S.C. § 2201.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

3. Plaintiff brings this action for damages arising from the Defendant's violation(s) of 15 U.S.C. § 1692 *et seq*., commonly known as the Fair Debt

Collections Practices Act ("FDCPA").

## PARTIES

4. Plaintiff is a resident of the State of Maryland, County of Prince George, residing at 3703 Silver Park Drive 403, Suitland, MD 20746.

5. Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA, with an address at 41920 Greenspring Drive, Suite 200, Timonium, MD 21093.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all of the above paragraphs of this First Amended Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7. Upon information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt"), the nature of which is better known to Defendant.

8. Upon information and belief, the Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9. The reporting of a debt to a credit reporting agency by a debt collector is a communication covered by the FDCPA.

10. Defendant reported the Alleged Debt on the Plaintiff's credit report.

11.     Plaintiff disputed the Alleged Debt directly with the Defendant by a dispute letter on October 26, 2015.

12.     Plaintiff examined her credit report again on December 10, 2015 and found that Defendant had not removed the credit account nor marked it as "disputed by customer" despite being required to do so by the FDCPA.

13.     Upon information and belief, from the time period that Defendant initially reported the Alleged Debt, creditors reviewed Plaintiff's credit report.

14.     As a result of Defendant's false, deceptive, misleading and unfair debt collection practices, Plaintiff has been actually damaged because her credit score was lower than it should have been had the Defendant removed the credit account nor marked it as "disputed by customer" as required under  15 U.S.C. §§ 1692e(8).

**FIRST CAUSE OF ACTION**
**(Violations of the FDCPA)**

15.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

16.     Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e, 1692e(2), 1692e(5), 1692e(7), 1692e(8), 1692e(10), 1692f, and 1692f(1).

17.     As a result of the Defendant's violations of the FDCPA, Plaintiff has

been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

**Meridian Law, LLC**
*Attorneys for Plaintiff*

Dated:  August 5, 2016

By:  /s/Aryeh E. Stein
Aryeh E. Stein, Fed. Bar No. 24559
600 Reisterstown Road, Suite 700
Baltimore, MD, 21208
Tel. (443) 326-6011
Fax (410) 653-9061
Email astein@meridianlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2016, a copy of the foregoing pleading was served via electronically, via the Court's CM/ECF notice list, and via first class mail, postage prepaid, to:

Ronald S. Canter, Esquire
200A Monroe Street
#104
Rockville, MD 20850

                                                */s/Aryeh E. Stein*
                                                Aryeh E. Stein