IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF MARYLAND

| | |
|---|---|
| LADASHIA DAUGHTRY | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 8:16-cv-02403-PWG |
| RECEIVABLES OUTSOURCING, LLC | ) ) ) |
| Defendant | ) ) ) |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Your Defendant, Receivables Outsourcing, LLC, moves to dismiss Plaintiff's First Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(1) on the grounds that this Court lacks subject matter jurisdiction over Plaintiff's Complaint or, in the alternative, moves, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss this case for failure to state a claim for relief and as grounds therefore respectfully refers this Honorable Court to the accompanying brief in support of its motion.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Ronald S. Canter, Esq.
Bradley T. Canter, Esq.
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
bcanter@roncanterllc.com
*Attorneys for Receivables Outsourcing, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by ECF/CM procedures on this 10th day of August, 2016 to:

> Aryen E. Stein, Esquire
> Meridian Law, LLC
> 600 Reisterstown Road, Suite 700
> Baltimore, Maryland 21208
> astein@meridianlawfirm.com
> *Attorney for Plaintiff*

> /s/ Bradley T. Canter
> Bradley T. Canter, Esquire
> *Attorney for Receivables Outsourcing, LLC*